AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Grasz, Leonard S. | 2. Court or Organization<br><br>U.S. Court of Appeals for the Eighth Circuit | 3. Date of Report<br><br>06/12/2020 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Circuit Judge - Active Status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2019<br>**to**<br>12/31/2019 |

| 7. Chambers or Office Address |
|---|
| United States Court of Appeals for the Eighth Circuit<br>Roman L. Hruska Federal Courthouse<br>111 S. 18th Plaza, Suite 4303<br>Omaha, Nebraska 68102-1322 |

| IMPORTANT NOTES: *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.* |
|---|

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | Judicial Education Advisory Board, Law and Economics Center |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Grasz, Leonard S.** | 06/12/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME |
|---|---|---|---|
| | | | (yours, not spouse's) |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2019 | First National Bank of Omaha - Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Antonin Scalia Law School at George Mason University | 5-6-19 to 5-7-19 | Arlington, VA | LEC - Board meeting | Lodging and meals |
| 2. | Antonin Scalia Law School at George Mason University | 1-23-19 to 1-27-19 | Islamorada, FL | Education - Economics Course | Course materials, lodging and meals |
| 3. | Antonin Scalia Law School at George Mason University | 10-7-19 to 10-8-19 | Denver, CO | Symposium panelist | Lodging and meals |
| 4. | Liberty University School of Law | 9-20-19 to 9-22-19 | Lynchburg, VA | Moot court competition judge | Lodging and meals |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Grasz, Leonard S.** | 06/12/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grasz, Leonard S. | 06/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | AIG Flex. Prem. Adj. Whole Life Ins. | A | Int./Div. | J | T | | | | | |
| 2. | Conestoga Small Cap FD - CCALX X | | None | | | Sold | 07/22/19 | K | D | |
| 3. | Deuel County, NE real estate | B | Rent | L | W | | | | | |
| 4. | Doubleline Shiller EHNCD - DSEEX X | B | Interest | L | T | | | | | |
| 5. | First National Bank of Omaha | B | Interest | M | T | | | | | |
| 6. | Gosper County, NE real estate parcel #1 | D | Rent | N | W | | | | | |
| 7. | Gosper County, NE real estate parcel #2 | B | Rent | M | W | | | | | |
| 8. | Gosper County, NE real estate parcel #3 | | None | M | W | | | | | |
| 9. | Harding Loevner Inst - HLMEX X | A | Dividend | K | T | Sold<br>(part) | 07/22/19 | K | | |
| 10. | NEST 529 Age-based Aggressive 19+ | A | Dividend | | | Distributed | 07/24/19 | J | | |
| 11. | NEST 529 Age-based Aggressive 19+ | A | Dividend | | | Distributed | 03/07/19 | J | | |
| 12. | NEST 529 Trust | A | Dividend | | | Distributed | 03/07/19 | J | | |
| 13. | PALMER SQUARE INCM Plus - PSYPX | | None | K | T | Buy | 01/05/19 | K | | |
| 14. | PALMER SQUARE OPPTNSTC - PSOIX | D | Dividend | M | T | | | | | |
| 15. | Phelps County, NE real estate | B | Rent | L | W | | | | | |
| 16. | Primecap Odyssey Growth - POGRX X | C | Interest | L | T | | | | | |
| 17. | Schwab Bank - Cash and bank sweep | E | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Grasz, Leonard S.** | 06/12/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. SCHWAB US LARGE CAP - SCHG | | None | K | T | Buy<br>(add'l) | 07/22/19 | J | | |
| 19. SCHWAB US LARGE CAP - SCHV | A | Dividend | K | T | Buy<br>(add'l) | 07/22/19 | J | | |
| 20. SCHWAB US LARGE CAP - SCHX | | None | K | T | Buy | 07/22/19 | K | | |
| 21. SCHWAB US MID CAP - SCHM | | None | | | Buy | 07/22/19 | K | | |
| 22. | | | | | Sold | 09/22/19 | K | A | |
| 23. Thrivent Financial Whole Life | A | Int./Div. | J | T | | | | | |
| 24. Tortoise MLPCF NTG X | B | Dividend | K | T | Sold<br>(part) | 07/22/19 | K | | |
| 25. | B | Dividend | | | Sold<br>(part) | 11/19/19 | J | | |
| 26. Undiscovered MGRS - UBVLX X | B | Dividend | K | T | Sold<br>(part) | 07/22/19 | K | | |
| 27. Versus Capital Multi Mgr Real Estate Inc. I<br>(LSG) (VCMIX) X | | None | K | T | Sold<br>(part) | 10/18/19 | K | A | |
| 28. American New Perspectve Fund Class F3<br>(FNPFX) | C | Int./Div. | L | T | Buy | 07/22/19 | L | | |
| 29. | | | | | Buy<br>(add'l) | 10/22/19 | K | | |
| 30. Artisan Int'l Iinvestor (ARTIX) | | None | K | T | Buy | 07/22/19 | J | | |
| 31. | | | | | Buy<br>(add'l) | 10/22/19 | J | | |
| 32. Cohen & Steers Real Estate Securities<br>(CSDIX) | | None | K | T | Buy | 10/22/19 | K | | |
| 33. Dodge & Cox Income (DODIX) | | None | K | T | Buy | 07/22/19 | K | | |
| 34. Metropolitan West Total Return Bond I<br>(MWTIX) | | None | K | T | Buy | 07/22/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Grasz, Leonard S.** | 06/12/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Parnassus Core Equity Instl (PRILX) | | None | J | T | Buy | 09/12/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grasz, Leonard S. | 06/12/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Grasz, Leonard S. | 06/12/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Leonard S. Grasz**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544